IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MYREON STROUD, #45715 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv590 |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

Petitioner Myreon Stroud, a defendant in criminal case no. 6:14cv025, proceeding *pro se*, filed the above-styled and numbered Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1) in order to dismiss the indictment in his pending federal case. The petition was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the petition should be dismissed without prejudice for the petitioner's failure to prosecute.

No objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Petitioner's Petition for Writ of Habeas Corpus (docket entry #1) pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that any motion not already ruled upon is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 16th day of December, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE